> **ORDER:**
> Motion granted. The Clerk shall issue a new arrest warrant for the defendant's corrected name.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:10-00211 |
| | ) | |
| v. | ) | |
| | ) | Judge Campbell |
| [1] BRIAN WAINSTEIN | ) | |
| a/k/a BARUCH BEN BENJAMIN | ) | **UNDER SEAL** |
| a/k/a BRIAN BENBENJAMIN | ) | |
| a/k/a BEN BENJAMIN | ) | |
| a/k/a TREVOR THORTON | ) | |
| a/k/a JOHN MOYLAN | ) | |
| | ) | |
| [2] SIOBHAN HATTAN | ) | |

## MOTION TO CORRECT NAME IN INDICTMENT AND ARREST WARRANT

The United States of America, through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, hereby moves to correct the spelling of the name of one defendant in the indictment and for this Court to issue an arrest warrant in the defendant's corrected name.

On August 12, 2010, an indictment was filed in this case. At the request of the United States, the indictment and the accompanying arrest warrants were filed under seal. Neither defendant has been arrested at this time. Based upon information received by the United States regarding both defendants, they are believed to currently reside outside of the United States.

In the indictment and accompanying arrest warrant for the second defendant listed in the indictment, the defendant's name was spelled "Siobhan Hattan." The undersigned has learned that the spelling of the defendant's name was in error. The defendant's last name is correctly spelled "Hatton" instead of "Hattan," and her middle name is "Maeve." Therefore, the